## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nyden, Carl
Nyden, Natalie
Printed: 5/20/08

Case Number:  05 B 44998
Judge:  Squires, John H
Filed:  10/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Ch 7 Conversion:  May 13, 2008
Confirmed:  November 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 20,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 14,360.34 |
| Priority: |  | 3,857.01 |
| Administrative: |  | 1,494.00 |
| Trustee Fee: |  | 1,088.65 |
| Other Funds: |  | 0.00 |
| Totals: | 20,800.00 | 20,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 1,494.00 | 1,494.00 |
| 2. | Internal Revenue Service | Priority | 3,857.01 | 3,857.01 |
| 3. | Cavalry Portfolio Services | Unsecured | 9,380.14 | 2,685.79 |
| 4. | Capital One | Unsecured | 1,166.55 | 334.10 |
| 5. | Leasecomm Corporation | Unsecured | 4,138.90 | 1,185.41 |
| 6. | Peoples Energy Corp | Unsecured | 1,097.75 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 18,789.67 | 5,380.07 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 5,988.24 | 1,714.61 |
| 9. | Resurgent Capital Services | Unsecured | 4,315.08 | 1,235.53 |
| 10. | Asset Acceptance | Unsecured | 487.88 | 139.73 |
| 11. | Illinois State Tollway | Unsecured | 5,885.12 | 1,685.10 |
| 12. | RMS | Unsecured |  | No Claim Filed |
| 13. | JK Harris & Co | Unsecured |  | No Claim Filed |
| 14. | Friend Family Health | Unsecured |  | No Claim Filed |
| 15. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 56,600.34 | $ 19,711.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 258.50 |
| 5% | 84.62 |
| 4.8% | 259.56 |
| 5.4% | 485.97 |
|  | $ 1,088.65 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nyden, Carl

       Nyden, Natalie

       Printed:  5/20/08

Case Number:  05 B 44998

Judge:  Squires, John H

Filed:  10/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

